**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: August 11, 2015
Docket #: 14-969pr
Short Title: Crawford v. Cuomo

DC Docket #: 13-cv-406
DC Court: NDNY (SYRACUSE)
DC Judge: Mordue
DC Judge: Hummel

**VERIFIED ITEMIZED BILL OF COSTS**

Counsel for
 James Crawford, Thaddeus Corley_____

respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
 Andrew Cuomo et al._____

and in favor of
 James Crawford, Thaddeus Corley_____

for insertion in the mandate.

Docketing Fee     _$505_____

Costs of printing appendix (necessary copies _8_____ )  125.00  _____

Costs of printing brief (necessary copies _8_____ )  625.22  _____

Costs of printing reply brief (necessary copies _8_____ )  307.57_____

**(VERIFICATION HERE)**
See attached declaration.

                                                                    /s/_____
                                                                    Signature