```
        434353833883
      QUALITY IMAGING SERVICE
      225BROADWAY LOWER LEVEL
          NEW YORK, NY 10007
            (212)566-5540
```

TERMINAL I.D.:                    38330831

VISA
XXXXXXXXXXXX2486
SALE
BATCH: 000691    INV: 1
DATE: JUL 14, 14          TIME: 07:34:46
AUTH NO: 03175G

TOTAL              $125.22

JEFFREY HETZEL

X_____
      I AGREE TO PAY ABOVE TOTAL AMOUNT
      ACCORDING TO CARD ISSUER AGREEMENT
     (MERCHANT AGREEMENT IF CREDIT VOUCHER)

***CUSTOMER COPY***